FILED

JAN 29 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIO PONCE-MORALES,<br><br>    Defendants. | CASE NO. 08CR3575-GT<br><br>ORDER |

Good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant JULIO PONCE-MORALES, sentencing hearing currently scheduled for January 29, 2009 at 9:00 a.m. be continued to March 13, 2009 at 9:00 a.m..

IT IS SO ORDERED.

Date: 1-28-09

_____
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE